

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00441-CV

**IN THE INTEREST OF D.S., ET AL,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant filed her notice of appeal in the trial court on September 8, 2020. The clerk's record and reporter's record in this appeal are due September 18, 2020. On September 10, 2020, appellant filed in this court a copy of a "Request for Reporter's Record and Clerk's Record for Appeal," in which she states she served her request on the court reporters on September 9, 2020. In her request, appellant states she is presumed indigent and may proceed without advance payment of costs.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). It is not clear whether appellant's request constitutes a proper affidavit of indigence or whether appellant timely filed an affidavit of indigence with the trial court; however, an untimely, uncontested affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008).

The trial court clerk, court reporter, or any party can file a contest to the affidavit with this court in accordance with Rule 20.1(e) <u>no later than September 24, 2020</u>. *See* TEX. R. APP. P. 20.1(e). If no contest is filed, the affidavit's allegations will be deemed true and the reporter's record will be due thirty days from the date of this order. *See* TEX. R. APP. P. 20.1(f). If a contest is timely filed, this court will issue an appropriate order.

The clerk of this court is ORDERED to send a copy of this order and a copy of the appellant's "Request for Reporter's Record and Clerk's Record for Appeal" to the parties, the trial court clerk, the court reporter(s), and the trial court judge. *See* TEX. R. APP. P. 20.1(d)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.



MICHAEL A. CRUZ,
Clerk of Court